39 So.2d 923

**Howard BELL v. STATE.**
**4 Div. 70.**

Court of Appeals of Alabama.
April 5, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

42 So.2d 845

**Dorothy BEVERLY v. STATE.**
**I Div. 599.**

Court of Appeals of Alabama.
Nov. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

41 So.2d 915

**William BICKERSTAFF v. STATE.**
**6 Div. 799.**

Court of Appeals of Alabama.
May 3, 1949.

P. A. Nash, of Oneonta, for Appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 915

**Fred F. BIGHAM v. STATE.**
**6 Div. 793.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 197

**Dorris BLACKMON v. STATE.**
**6 Div. 687.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 915

**Woodrow BLACKWELL v. STATE.**
**7 Div. 997.**

Court of Appeals of Alabama.
June 7, 1949.

Earle Montgomery, of Talladega, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.